**Order entered January 17, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01163-CV

### IN RE THE COMMITMENT OF TIMOTHY HILL

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV-17-70005-V**

## ORDER

Before the Court is appellant's January 13, 2020 unopposed motion for second extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 12, 2020. We caution appellant that further extension requests will be disfavored.

/s/      ROBERT D. BURNS, III
CHIEF JUSTICE